IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIYA VERMA, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-3034 |
| v. | : | |
| | : | |
| 3001 CASTOR, INC., d/b/a THE PENTHOUSE CLUB and/or THE PENTHOUSE CLUB @ PHILLY, et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of June, 2014, upon consideration of the following motions and the replies and responses thereto, it is **ORDERED** as follows:

- Defendant's motion for summary judgment [ECF No. 35] is **DENIED**.

- Plaintiff's motion to strike the Lenahan affidavit and supporting appendices [ECF No. 38] is **DENIED** as moot.

- Plaintiff's motion for conditional class certification on her FLSA claims [ECF No. 21] is **GRANTED**. Plaintiff's request for production of potential plaintiffs' contact information and the dissemination of notice is conditionally **GRANTED** pending a telephone conference with the Court regarding the content of the proposed notice.

- Verma's motion for Rule 23 Class Certification of her state law claims [ECF No. 32] is **DENIED** without prejudice to refile the motion at the close of discovery.

It is further **ORDERED** that a telephone conference regarding the content of the

proposed notice is scheduled for 11:00 a.m. on Wednesday, July 2, 2014.  The Court will initiate the call.

                                      s/Anita B. Brody

                                      _____
                                      ANITA B. BRODY, J.

**Copies VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: