IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIYA VERMA, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 2:13-CV-03034-AB ) ) |
| v. | ) ) ) |
| 3001 CASTOR, INC., d/b/a THE PENTHOUSE CLUB and/or THE PENTHOUSE CLUB @ PHILLY; ABCDE PENNSYLVANIA MANAGEMENT, LLC and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) |
| Defendants. | ) ) |

[PROPOSED] ORDER OF COURT

AND NOW, this 16th day of June, 2015, upon consideration of Plaintiff's Unopposed Motion for Leave to Extend Deadlines in Scheduling Order, IT IS HEREBY ORDERED that the motion is GRANTED and the following deadlines are in effect:

a) Completion of all discovery by September 30, 2015;

b) Plaintiff's expert reports due August 3, 2015; Defendant's reports due September 3, 2015; Deposition of all experts to be completed by September 30, 2015;

c) Dispositive motions due October 14, 2015; Responses in opposition due November 16, 2015; Replies due November 30, 2015;

d) Plaintiff's renewed Motion for Rule 23 Class Certification due September 1, 2015. Defendant's response in opposition due November 2, 2015 and a Reply in support due by November 16, 2015.

SO ORDERED.

_____
Hon. Anita B. Brody

Copies via ECF