IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIYA VERMA, on behalf of herself and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION<br>No. 13-3034 |
| v. | : : | |
| 3001 CASTOR, INC., | : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this __29th____ day of November, 2016, it is **ORDERED** as follows:

- Plaintiff's motion for final collective action certification of her FLSA claims (ECF No. 105) is **GRANTED**.

- Defendant's motion to decertify the conditionally certified FLSA collective action (ECF No. 106) is **DENIED**.

- Plaintiff's motion for Rule 23 class certification of her state law claims (ECF No. 104) is **GRANTED IN PART AND DENIED IN PART.**

    o The following class is **CERTIFIED** pursuant to Rule 23:

    All persons who, during the period of May 31, 2010 and continuing through the entry of judgment in this case, performed as a dancer at Defendant's adult entertainment club in Philadelphia, Pennsylvania.

    o Rule 23 class certification is **GRANTED** for Plaintiff's following claims:

    ▪ Violation of the Pennsylvania Minimum Wage Act for failure to pay minimum wage;

    ▪ Violation of the Pennsylvania Minimum Wage Act for failure to pay

>   overtime time compensation;
>
>   - Violation of the Pennsylvania Wage Payment Collection Law and/or Pennsylvania common law due to deductions for tip-outs.
>
> o Rule 23 class certification is **DENIED** for Plaintiff's following claims:
>
>   - Violation of the Pennsylvania Wage Payment Collection Law and/or Pennsylvania common law due to deductions for stage rental fees;
>
>   - Violation of the Pennsylvania Wage Payment Collection Law and/or Pennsylvania common law due to deductions for fines;
>
>   - Violation of the Pennsylvania Wage Payment Collection Law and/or Pennsylvania common law due to deductions for room rental fees.

It is further **ORDERED** that, **on or before December 14, 2016**, Plaintiff must file a proposed notice of class action for the Rule 23 class.

                s/Anita B. Brody
                _____
                ANITA B. BRODY, J.

Copies VIA ECF on _____ to:       Copies MAILED on _____ to: