```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**PRIYA VERMA, on behalf of**
**herself and others similarly**
**situated.**
                                         :        CIVIL ACTION
                                         :
          v.                          :
                                         :
**3001 CASTOR, INC., d/b/a**
**The Penthouse Club and/or**
**The Penthouse Club @ Philly**    :        NO. 2013-3034

### CIVIL JUDGMENT

Before the Honorable Anita B. Brody

      AND NOW, this **23rd day** of **March, 2018**, in accordance with the jury's **03-22-2018** answers to the Court's verdict sheet,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiff and against the defendant in the amount of $4,594,722.73.

                                                BY THE COURT

                                   ATTEST: ***S/James F.G. Scheidt***
                                                    James F. G. Scheidt
                                                    Deputy Clerk

Civ 1 (8/80)