IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIYA VERMA, on behalf of herself and others similarly situated. | : : : | CIVIL ACTION |
| v. | : : | |
| 3001 CASTOR, INC. d/b/a The Penthouse Club and/or The Penthouse Club @ Philly. | : | NO. 2013-3034 |

O R D E R

AND NOW, this 26th day of March, 2018, it is Ordered that counsel shall maintain the custody of their trial exhibits pending the appeals period.

ATTEST:    or    BY THE COURT

BY:_____    _____
Deputy Clerk                              Judge

Civ 12 (9/83)

**Copies ecmf on** _____ **to:**          **Copies mailed on** _____ **to:**