## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRIYA VERMA, on behalf of herself and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION<br>No. 13-3034 |
| v. | : : | |
| 3001 CASTOR, INC., | : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this _6th_ day of June, 2018, it is **ORDERED** the Plaintiff's unopposed motion for awards of prejudgment and post-judgment interest (ECF No. 177) is **GRANTED.**

The Court awards Plaintiff and the Class prejudgment interest in the amount of $1,200,599.98.

The Court **AMENDS** the judgment entered March 23, 2017 (ECF No. 171) and enters judgment for Plaintiff and the Class in the amount of $5,795,322.71.

It is further **ORDERED** that Plaintiff and the Class are entitled to post-judgment interest in an amount calculated in conformity with 28 U.S.C. § 1961.

                                                                    s/Anita B. Brody

                                                                  _____

                                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: