UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIYA VERMA, on behalf of herself and all others similarly situated,<br>        Plaintiff,<br>   v.<br>3001 CASTOR, INC., d/b/a/THE PENTHOUSE CLUB and/or THE PENTHOUSE CLUB @ PHILLY<br>        Defendant. | Civil Action No.: 2:13-cv-03034-AB |

## NOTICE OF APPEAL

Notice is hereby given that 3001 Castor, Inc., defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Order issued on June 5, 2018, by the Court of the United States District Court for the Eastern District of Pennsylvania denying Defendant's Post Verdict Motion Pursuant to F.R.C.P. Rule 12(b)(1); Rule 50(b); Rule 52(b); and Rule 59(e).

Dated: 6/28/18

JOHN F. INNELLI, LLC

By: _____
John F. Innelli, Esquire
Two Penn Center, Suite 1300
Philadelphia, Pa. 19103
T: 267-538-1200
F: 215-845-0255
E: jinnelli@innellilaw.com
*Attorney for Defendant*